BLUE BIRD

## Limited Warranty
## WANDERLODGE M Series

Blue Bird Wanderlodge (Wanderlodge), a division of Blue Bird Body Company, warrants each Wanderlodge to the original purchaser to be free from defects in material and workmanship under normal use and service within the limits described below

1. For a period of five (5) years/50,000 miles/80,000 kilometers, whichever occurs first from date of delivery to the original purchaser, Wanderlodge warrants the
   a. Chassis frame rails and crossmembers to be free from defects in structural integrity (breaking or cracking)
   b. Body shell (those structural metal components welded or riveted together forming floor, sidewalls, roof, front and rear sections) to be free from defects in structural integrity (breaking or cracking) including rust-through
   c. Paint adhesion to the body shell (those structural components forming side walls, roof, front and rear sections) Paint failures caused by corrosive atmospheric conditions and road chemicals are specifically not covered
2. For a period of three (3) years/36,000 miles/60,000 kilometers, whichever occurs first from the date of delivery to the original purchaser, Wanderlodge warrants all other components not covered in sections 1 and 3 except diesel engines, automatic transmissions, tires and batteries, which are warranted by their manufacturers
3. For a period of one (1) year from the date of delivery to the original purchaser, Wanderlodge warrants plasma televisions installed by Wanderlodge

For demonstrators, the delivery date to the dealer will be the warranty start date. Mileage accumulated by the factory or dealer apply to any warranty mileage limits stated above. This limited warranty applies to the original purchaser during the warranty period. A transfer request and fee are required within thirty (30) days of resale to transfer the warranty

Wanderlodge's obligation covered in this limited warranty is limited to the repair or replacement of such parts as shall under normal use and service, appear to have been defective in workmanship or material. Without restricting the generality of this limitation, loss of use, commercial loss, maintenance, towing charges, lodging, telephone calls, inconvenience, and loss of time are specifically not covered. This warranty shall not apply to any parts or components which must be repaired or replaced during the warranty period as a result of what is, in the opinion of Wanderlodge, normal wear and/or deterioration in the course of normal operations and use, accident damage, misuse and/or abuse

If distributors, dealers or customers have any vehicle modifications or equipment installations performed without the written approval of Wanderlodge to the extent the modifications or equipment installations adversely affect other vehicle components or performance, Wanderlodge shall not accept any product liability or claims under the terms of the limited warranty. These claims become the sole responsibility of the company performing the modifications and/or installations

ANY IMPLIED WARRANTIES, INCLUDING THOSE OF MERCHANTIBILITY OR FITNESS, ARE LIMITED TO THE WARRANTY PERIOD OF THIS WRITTEN WARRANTY. WANDERLODGE SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM BREACH OF THIS WRITTEN WARRANTY OR ANY IMPLIED WARRANTY. NO PERSON, INCLUDING SALESPEOPLE, DEALERS, SERVICE CENTERS, OR FACTORY REPRESENTATIVES OF WANDERLODGE, IS AUTHORIZED TO MAKE ANY REPRESENTATION OR WARRANTY CONCERNING WANDERLODGE PRODUCTS EXCEPT TO REFER TO THIS LIMITED WARRANTY

Wanderlodge reserves the right to make changes in design and changes or improvements upon its products without imposing any obligations upon itself to install the same upon products theretofore manufactured. Defects shall be repaired promptly after discovery of the defect and within the warranty period as stated herein. All claims for warranty adjustments must be received by Wanderlodge not later than 30 days after the repair date, and shall be channeled through an authorized Wanderlodge dealer or factory representative. Any suit alleging a breach of this limited warranty or of any other alleged warranty must be filed within one year of breach

All rights under this limited warranty shall be governed by the law of Georgia U S A

**Blue Bird Wanderlodge**
One Wanderlodge Way
Fort Valley, Georgia 31030, U S A

### Products H4RE

North American (USA & CAN)    Eff 09/2002 (2003YM)    Rev 06/2003    WLCN(eng)    Policy W2

> **NOTE** This information was correct at time of printing. For any vendor changes made to equipment and/or manual after printing date refer to the actual vendor owner manual supplied with motor home