

*John Bleakley*

JOHN BLEAKLEY
MOTOR HOMES

**VEHICLE BUYER'S ORDER**

6200 Fairburn Road
Douglasville, Georgia 30134
770-949-4500
888-527-8287 (Toll Free)
770-920-2975 (Fax)

441 Bankhead Highway
Douglasville, Georgia 30134
770-577-1300
877-247-3594 (Toll Free)
770-577-4949 (Fax)

445 Bleakley Boulevard
Unadilla, Georgia 31091
478-627-3700
877-456-3700 (Toll Free)
478-627-3111 (Fax)

## Sold To

| Administrative Use Only | | |
|---|---|---|
| CUST # | | |
| SO # | | |
| DO # | | |
| P DATE | | |
| DATE | | |
| CO   FG   TS | | |

*NAME: CAR TRANSPORTATION CO
ADDRESS: P.O BOX 712
CITY: SPRINGDALE   COUNTY: OOS   STATE: AR.   ZIP: 72765
33501   PHONE(S) HOME:   CELL:
☐ INSIDE  ☐ OUTSIDE   OFFICE:   FAX:
NEW ☒ XX   USED ☐   DEMO ☐   ODOMETER READING: 358   SOCIAL SECURITY NUMBER(S):

DATE: 12/31/04
SALESMAN: MH
LOCATION: DOUGLASVILL
STOCK NO: B2248

1 _____
2 _____

| PURCHASE VEHICLE | YEAR | SIZE | MODEL | SERIAL NUMBER(S) | |
|---|---|---|---|---|---|
| A BLUE BIRD WANDERLOD | 05 | 45' 0" | M450 | 1BBCRBG885W100254 | 650000 00 |

ADDITIONAL ACCESSORIES NOT INCLUDED IN PURCHASE PRICE

ACCESSORY TOTAL
N/A

SERVICE AND DELIVERY INSTRUCTIONS + DATE

B