⚖AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN           District of            GEORGIA

CAR TRANSPORTATION BROKERAGE COMPANY, INC.

**SUMMONS IN A CIVIL ACTION**

V

BLUE BIRD BODY COMPANY and JOHN BLEAKLEY R.V.
CENTER, INC. d/b/a JOHN BLEAKLEY MOTOR HOMES,

CASE NUMBER

1:06-cv-1728

TO (Name and address of Defendant)

Blue Bird Body Company
c/o Charles Jeffrey Liipfert, Registered Agent
202 Central Avenue
Fort Valley, GA  31030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William V. Custer/John C. Patton/Ashley A. Palermo
POWELL GOLDSTEIN LLP
1201 W. Peachtree Street, N.W., 14th Floor
Atlanta, GA  30309
(404) 572-6600

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

JUL 24 2006

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____GEORGIA_____

CAR TRANSPORTATION BROKERAGE COMPANY, INC.

V

BLUE BIRD BODY COMPANY and JOHN BLEAKLEY R.V. CENTER, INC. d/b/a JOHN BLEAKLEY MOTOR HOMES,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER

1:06-CV-1728

TO (Name and address of Defendant)

John Bleakley R.V. Center, Inc. d/b/a John Bleakley Motor Homes
c/o John Bleakley, Registered Agent
6200 Fairburn Road
Douglasville, GA 30134

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William V. Custer/John C. Patton/Ashley A. Palermo
POWELL GOLDSTEIN LLP
1201 W. Peachtree Street, N.W., 14th Floor
Atlanta, GA 30309
(404) 572-6600

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

LUTHER D. THOMAS                                   JUL 24 2006

CLERK                                              DATE

(By) DEPUTY CLERK